IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT JOHENGEN and<br>NORMA JOHENGEN | : :<br>: | CIVIL ACTION NO. 02-CV-3943 |
| Plaintiffs, | : : | |
| v. | : : | |
| BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM | :<br>:<br>:<br>:<br>: : | ENTRY OF APPEARANCE |
| Defendants. | : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____     _____
Hope S. Freiwald                                          Aline Fairweather


_____     _____
Alison T. Conn                                             Kirstin J. Miller


Dated:  August 19, 2002          DECHERT PRICE & RHOADS
                                 4000 Bell Atlantic Tower
                                 1717 Arch Street
                                 Philadelphia, PA  19103-2793
                                 (215) 994-4000